IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUDIEK BROWN,<br>Individually and on behalf of all others<br>similarly situated<br><br>　　　*Plaintiff*,<br><br>v.<br><br>COLE INTERNATIONAL TUBULAR<br>SERVICE, LLC D/B/A COLE ENTERPRISES<br>INTERNATIONAL TUBULAR SERVICE<br><br>　　　*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:15-cv-02622<br><br><br>JURY TRIAL DEMANDED<br><br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW, SUDIEK BROWN, Plaintiff herein, and would show the Court that all matters in controversy between Plaintiff and Defendant have been resolved and that all claims in the above case should be dismissed.

WHEREFORE Plaintiff prays that the Court enter an Order dismissing all claims and causes of action brought by Plaintiff against Defendant in the above-styled and numbered cause with prejudice.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　By:　　*/s/ Clif Alexander*
　　　　　　　　　　　　　　　　　　Clif Alexander
　　　　　　　　　　　　　　　　　　State Bar No. 24064805
　　　　　　　　　　　　　　　　　　Southern District No. 1138436
　　　　　　　　　　　　　　　　　　Email: CAlexander@phippsandersondeacon.com
　　　　　　　　　　　　　　　　　　PHIPPS ANDERSON DEACON LLP
　　　　　　　　　　　　　　　　　　The Hound
　　　　　　　　　　　　　　　　　　819 North Upper Broadway
　　　　　　　　　　　　　　　　　　Corpus Christi, Texas 78401
　　　　　　　　　　　　　　　　　　Main:  (361) 452-1279
　　　　　　　　　　　　　　　　　　Fax: (361) 452-1284

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record on this the 20th day of May, 2016.

Danya W. Blair
Beirne, Maynard & Parsons, L.L.P.
112 E. Pecan St., Suite 2750
San Antonio, Texas 78205
Telephone No. (210) 582-0220
Telecopier No. (210) 582-0231
Email dblair@bmpllp.com

*/s/ Clif Alexander*
Clif Alexander

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SUDIEK BROWN** | § |
|     **Plaintiff,** | § |
| | § |
| **V.** | § |
| | § |
| **COLE INTERNATIONAL** | § |
| **TUBULAR SERVICE, LLC.** | § |
|     **Defendant.** | § |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff. The Court is of the opinion that the Motion should be and hereby is GRANTED. It is therefore

ORDERED that all claims and causes of action asserted by Plaintiff against Defendant in this cause are hereby dismissed WITH PREJUDICE to the re-filing of same (or any part thereof) with costs taxed against the party incurring same.

SIGNED this ____ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**


By: /s/ Clif Alexander
Clif Alexander
State Bar No. 24064805
Southern District No. 1138436
Email: CAlexander@phippsandersondeacon.com
PHIPPS ANDERSON DEACON LLP
The Hound
819 North Upper Broadway
Corpus Christi, Texas 78401
Main:  (361) 452-1279
Fax: (361) 452-1284
ATTORNEY FOR PLAINTIFF


By: /s/ Danya W. Blair
Danya W. Blair
State Bar No. 00790315
Southern District No. 18239
Email dblair@bmpllp.com
Beirne, Maynard & Parsons, L.L.P.
112 E. Pecan St., Suite 2750
San Antonio, Texas  78205
Telephone No. (210) 582-0220
Telecopier No. (210) 582-0231
ATTORNEY FOR DEFENDANT